UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL LICHWA and RYAN CRAIG,

      Plaintiffs,

vs.

MARTY BRICKEY; INTERZONE ENTERTAINMENT, LLC,

      Defendants.

Case No. 2:12-cv-01975-MMD-GWF

**ORDER**

      This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendants removed this matter to federal court on November 14, 2012. Defendants filed a Motion to Dismiss (#9) on November 28, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

      **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **February 15, 2013** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

      DATED this 5th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge