# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LICHWA and RYAN CRAIG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MARTY BRICKEY; INTERZONE ) <br> ENTERTAINMENT, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:12-cv-01975-JAD-GWF <br><br> **ORDER** |

This matter is before the Court on John Benedict, Esq.' Motion to Withdraw as Attorney of Record (#31) filed October 28, 2013 and Defendants' Response to Attorney Benedict's Motion to Withdraw as Attorney of Record (#32) filed November 12, 2013.  Attorney John Benedict, of the Law Offices of John Benedict, desires to withdraw as counsel of record for Defendants Marty Brickey and Interzone Entertainment, LLC.  Defendant Marty Brickey does not object to the withdrawal of Mr. Benedict as his counsel.  Accordingly,

**IT IS HEREBY ORDERED** that John Benedict, Esq.'s Motion to Withdraw as Attorney of Record (#31) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Defendants Marty Brickey and Interzone Entertainment, LLC with a copy of this order at the Defendants' last known address:

> Marty Brickey
> Interzone Entertainment, LLC
> 2101 W. Chesterfield Blvd.
> Suite 100, Box 303
> Springfield, MO 65807

. . .

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Defendants Marty Brickey and Interzone Entertainment, LLC, 2101 W. Chesterfield Blvd., Suite 100, Box 303, Springfield, MO 65807, to the civil docket.

**IT IS FURTHER ORDERED** that Defendant Interzone Entertainment, LLC shall have until **January 6, 2014** to retain new counsel.  A corporation may appear in federal court only through licensed counsel.  *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).  If Defendant corporation intends to continue to defend this matter, it is required to obtain legal counsel.

**IT IS FURTHER ORDERED** that a discovery conference is set for **Wednesday, January 8, 2014 at 11:00 a.m. in Courtroom 3A.**  Defendant Marty Brickey may appear telephonically.  Defendant is instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

**IT IS FURTHER ORDERED** that henceforth Defendants shall serve upon plaintiffs or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion or other document submitted for consideration by the court.  Defendants shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the plaintiffs or counsel for plaintiffs.  The court may disregard any paper received by a district judge or magistrate judge which has not been filed with the Clerk, and any paper received by a district judge, magistrate judge or the Clerk which fails to include a certificate of service.

DATED this 6th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge