ISMAIL AMIN, ESQ. (NV Bar No. 9343)
LAWRENCE KULP, ESQ. (NV Bar No. 7411)
**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501

Attorneys for Plaintiffs MICHAEL LICHWA and RYAN CRAIG

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LICHWA, an individual, and RYAN CRAIG, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY BRICKEY, an individual, INTERZONE ENTERTAINMENT, LLC, a Missouri limited liability company, DOES 1 THROUGH 10; and ROE CORPORATIONS 1 THROUGH 10 inclusive,<br><br>Defendants. | Case No. 2:12-cv-01975-JAD-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS, WITH PREJUDICE** |

WHEREAS, the parties have reached a full and final settlement of this case and have agreed therein to file this stipulation to dismiss all of Plaintiffs' claims against Defendants, with prejudice,

IT IS HEREBY STIPULATED AND AGREED by the undersigned, that all of Plaintiffs' claims against Defendants in this action shall be dismissed, with prejudice, and that the respective parties shall bear their own attorneys' fees and costs incurred in this action.

WHEREFORE, the parties request that this Court enter an order accordingly.

STIPULATED AND AGREED on this 31 day of January, 2014.

THE AMIN LAW GROUP, NV., LTD.  INTERZONE ENTERTAINMENT, LLC

By: _____  By: _____
ISMAIL AMIN, ESQ.  MARTY BRICKEY,
Attorneys for Plaintiffs,  Managing Member
MICHAEL LICHWA and RYAN CRAIG

_____
[Notary signature]
Notary Public, State of Florida
Commission# EE 782153
My comm. expires June 12, 2016

For Marty Brickey

_____
MARTY BRICKEY
Defendant, *Pro se*

### ORDER

Based upon the parties' stipulation and good cause appearing and no reason for delay,

**IT IS HEREBY ORDERED** that this case is DISMISSED WITH PREJUDICE, each side to bear its own fees and costs. The Clerk of Court is directed to close this case.

Dated: February 5, 2014.

_____
UNITED STATES DISTRICT JUDGE